JUDGE KEENAN

1:07MJ16M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHNNY VASQUEZ,

Defendant.

INDICTMENT

05 Cr.

05CRIM. 222

COUNT ONE

The Grand Jury charges:

From on or about February 18, 2005, up to and including the current date, in the Southern District of New York and elsewhere, JOHNNY VASQUEZ, the defendant, having been released from custody pending a judicial proceeding pursuant to the Bail Reform Act, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, VASQUEZ was released on a bond following his arrest on a two-count criminal complaint charging him in Count One with possessing heroin with intent to distribute, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), and in Count Two with possessing a firearm in furtherance of the offense charged in Count One, in violation of Title 18, United States Code, Section 924(c), each of which offenses is punishable by a term of imprisonment of fifteen years or more, and thereafter VASQUEZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

failed to appear in the United States District Court for the Southern District of New York for a required court appearance.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

FOREPERSON 3/1/05

DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**JOHNNY VASQUEZ,**

**Defendant.**

**INDICTMENT**

05 Cr.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

3/1/05

Foreperson.

March 1, 2005, Indictment filed, case assigned to Judge Keenan.

Gorenstein
U.S.M.J.

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00222-JFK All Defendants

Case title: USA v. Vasquez

Date Filed: 03/01/2005

---

Assigned to: Judge John F. Keenan

**Defendant**

**Johnny Vasquez** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| PENALTY FOR FAILURE TO APPEAR (BAIL JUMPING) (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Michael E. Farbiarz**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212-637-1587
Fax: 212-637-2937
Email: Michael.Farbiarz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | INDICTMENT FILED as to Johnny Vasquez (1) count(s) 1. (jm, ) (Entered: 03/01/2005) |
| 03/01/2005 | | Case Designated ECF as to Johnny Vasquez.(jm, ) (Entered: 03/01/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/16/2007 08:37:25 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cr-00222-JFK |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT: SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHNNY VASQUEZ | DOCKET NO.: 05 Cr. 05CRIM. | MAGISTRATE'S CASE NO.: 222 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>JOHNNY VASQUEZ<br>Last known address:<br>2050 Valentine Avenue<br>Apartment 3K<br>Bronx, NY | |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment ☐ Information ☐ Complaint | DISTRICT OF ARREST: | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY: | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Failure to appear.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 3146 |

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.