UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. 1:07-MJ-016M

JOHNNY VASQUEZ

# ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.

By Order

/s/ Paula Farrell Pletcher
Deputy Clerk
February 16, 2007

ENTER:

/s/ David L. Martin
David L. Martin
U.S. Magistrate Judge