IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) 1:07-MJ-016M
)
)
JOHNNY VASQUEZ )
a/k/a Montanez Santana-Santiago )

**ORDER OF REMOVAL**

This matter was heard on February 16, 2007, before Magistrate Judge David L. Martin. The defendant having admitted his identity and waived hearing it is hereby:

**ORDERED ADJUDGED AND DECREED**

The defendant is ordered removed, in the custody of the United States Marshal's Service, to the Southern District of New York for further proceedings in the cases of 03 CR. 961(VM) and 05 CR. 222.

BY ORDER,

Clerk

ENTER:

MAGISTRATE JUDGE DAVID L. MARTIN

DATE: 2-16-07